# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| ELLIOTT E. SAYLES, | ) |
| Plaintiff, | ) |
| v. | ) No. 16-cv-2156-SHL-dkv |
| DUFRESNE-SPENCER GROUP, et al., | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation ("Report") filed on March 17, 2016. (ECF No. 6.) In her Report, the Magistrate Judge recommended *sua sponte* that Plaintiff's *Pro Se* Complaint (ECF No. 1) be dismissed in part.

Pursuant to the Federal Rules of Civil Procedure, "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report have been filed, and the time for filing objections has expired. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby **ADOPTS** the Report and Recommendation in its entirety.

Accordingly, all of Plaintiff's claims against the individual Defendants**,** Plaintiff's discrimination claim based on color and Plaintiff's gender discrimination claim are hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that the Clerk be directed to issue process for the Dufresne-Spencer Group ("DSG") and to deliver that process to the marshal for service; that service be made on DSG pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure;[1] and that all costs of service be advanced by the United States.

It is further **ORDERED** that Sayles be ordered to serve a copy of every document filed in this cause on the attorney for DSG, make a certificate of service on every document filed, familiarize himself with the Federal Rules of Civil Procedure and this court's local rules,[2] promptly notify the Clerk of any change of address or extended absence, and be warned that failure to comply with these requirements, or any other order of the court, may result in the dismissal of his case without further notice.

**IT IS SO ORDERED,** this 5th day of April, 2016.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

---

[1] In his complaint, Sayles lists the following address for DSG: Dufresne-Spencer Group, 4120 Air Trans Road, Memphis, TN 38118.

[2] A free copy of the Local Rules may be obtained from the Clerk. The Local Rules are also available on the court's website at www.tnwd.uscourts.gov/pdf/content/LocalRules.pdf.